IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES LINNETT | § | |
| VS. | § | CIVIL ACTION NO. 1:04cv243 |
| DOUG DRETKE | § | |

<u>FINAL JUDGMENT</u>

This action came on before the Court, and the issues having been duly considered and a decision rendered, it is

**ORDERED** and **ADJUDGED** that this petition for writ of habeas corpus is **DENIED**. All motions by any party not previously ruled on are hereby **DENIED**.

**SIGNED** this the 22 day of **June, 2005.**

_____
Thad Heartfield
United States District Judge

1